James C. Ward, appellee, v. Grand Trunk Western Railway Company, appellant. Gen. No. 34,616.

Opinion filed March 24, 1931.

McCordic, Dent & Freeman, for appellant; Sidney K. Jackson, of counsel. Murphy O. Tate and Schroeder & Metzger, for appellee; Werner W. Schroeder, of counsel.

Mr. Presiding Justice Scanlan delivered the opinion of the court.